AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

| | |
|---|---|
| SAMANTHA STINSON, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  5:25-cv-05127-TLB |
| FAYETTEVILLE SCHOOL DISTRICT NO. 1, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs.

Date:  06/12/2025

/s/ Jonathan K. Youngwood
*Attorney's signature*

Jonathan K. Youngwood
*Printed name and bar number*
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York. MY 10017

*Address*

jyoungwood@stblaw.com
*E-mail address*

(212) 455-2000
*Telephone number*

(212) 455-2502
*FAX number*

## CERTIFICATE OF SERVICE

I, Brian J. Roe, hereby certify that on June 12, 2025, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court for the Western District or Arkansas, and served via U.S. First Class Mail on the following:

Siloam Springs School District No. 21
3050 Cheri Whitlock Drive
Siloam Springs, AR 72761

Springdale School District No. 50
804 West Johnson Avenue
Springdale, AR 72765

Bentonville School District No. 6
500 Tiger Blvd.
Bentonville, AR 72712

Fayetteville School District No. 1
1000 West Bulldog Blvd.
Fayetteville, AR 72701

Dated: June 12, 2025

By: /s/ Brian J. Roe

Brian J. Roe