**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**

| | |
|---|---|
| SAMANTHA STINSON and JONATHAN STINSON, on behalf of themselves and on behalf of their minor children, A.R.S. and A.W.S.; STEPHEN CALDWELL, on behalf of himself and on behalf of his minor child, W.C.; JOSEPH ARMENDARIZ, on behalf of himself and on behalf his minor children, M.A. and W.A.; TALARA TAYLOR and SHANE TAYLOR, on behalf of themselves and on behalf of their minor children, K.T. and M.T.; CAROL VELLA, on behalf of herself and on behalf of her minor children, E.M.V. and N.M.V.; DANIEL RIX, on behalf of himself and on behalf of his minor children, A.R., J.R., and W.R.; and LEAH BAILEY, on behalf of herself and on behalf her minor children, C.T. and D.T., | CIVIL ACTION NO. 5:25-cv-05127 |

      Plaintiffs,

      v.

FAYETTEVILLE SCHOOL DISTRICT NO. 1;
SPRINGDALE SCHOOL DISTRICT NO. 50;
BENTONVILLE SCHOOL DISTRICT NO. 6; and
SILOAM SPRINGS SCHOOL DISTRICT NO. 21,

      Defendants.

## MOTION BY HEATHER L. WEAVER FOR LEAVE TO APPEAR PRO HAC VICE

1.     Attorney Heather L. Weaver is employed at the American Civil Liberties Union, 915

15th St. NW, Ste. 600, Washington DC 20005.

2.     Ms. Weaver is admitted to, and a member in good standing of the District of Columbia

and California bars.

3.     Ms. Weaver has never been disbarred, suspended, or denied admission to practice

law in any jurisdiction.

4.     Ms. Weaver states and affirms that she will comply with the Local Rules of the United

States District Court for the Western District of Arkansas, and all procedures and requirements of this Court.

5.  Ms. Weaver requests admittance to appear and participate as counsel for all Plaintiffs.

6.  Ms. Weaver has designated Attorney John C. Williams as local counsel. He is in good standing of the bar of the State of Arkansas and of the United States District Court for the Western District of Arkansas. He maintains an office located in Arkansas for the practice of law at 904 W. 2nd St., Little Rock, AR 72201.

7.  It is understood that admission *pro hac vice* does not constitute formal admission.

8.  The fee for admission *pro hac vice* will be paid electronically through CM/ECF.

WHEREFORE, Heather L. Weaver respectfully requests that this Motion to Admit Counsel pro hac vice be granted and that Ms. Weaver be permitted to appear and participate as counsel for Plaintiffs in this matter.

Dated: June 13, 2025                    Respectfully submitted,

By:    */s/Heather L. Weaver*
       Heather L. Weaver
       AMERICAN CIVIL LIBERTIES UNION
       FOUNDATION
       Heather L. Weaver
       915 15th Street, NW, Suite 600
       Washington, DC 20005
       (202) 675-2330
       *hweaver@aclu.org*

## CERTIFICATE OF SERVICE

I, Heather L. Weaver certify that on June 13, 2025, I caused a true and correct copy of the foregoing Motion to be filed electronically and sent via U.S. First Class Mail to counsel for the Defendants at the following address:

Marshall S. Ney
Friday Eldredge & Clark LLP
3350 South Pinnacle Hills Pkwy, Suite 301
Rogers, AR 72758

*By: Heather L. Weaver*