# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| SAMANTHA STINSON and JONATHAN STINSON, on behalf of themselves and on behalf of their minor children, A.R.S. and A.W.S.; STEPHEN CALDWELL, on behalf of himself and on behalf of his minor child, W.C.; JOSEPH ARMENDARIZ, on behalf of himself and on behalf his minor children, M.A. and W.A.; TALARA TAYLOR and SHANE TAYLOR, on behalf of themselves and on behalf of their minor children, K.T. and M.T.; CAROL VELLA, on behalf of herself and on behalf of her minor children, E.M.V. and N.M.V.; DANIEL RIX, on behalf of himself and on behalf of his minor children, A.R., J.R., and W.R.; and LEAH BAILEY, on behalf of herself and on behalf her minor children, C.T. and D.T., <br><br> Plaintiffs, <br><br> v. <br><br> FAYETTEVILLE SCHOOL DISTRICT NO. 1; SPRINGDALE SCHOOL DISTRICT NO. 50; BENTONVILLE SCHOOL DISTRICT NO. 6; and SILOAM SPRINGS SCHOOL DISTRICT NO. 21, <br><br> Defendants. | CIVIL ACTION NO. 5:25-cv-05127 |

## MOTION BY AMY TAI FOR LEAVE TO APPEAR *PRO HAC VICE*

1.      Attorney Amy Tai is employed at Americans United for Separation of Church and State.

2.      Ms. Tai is admitted to, and a member in good standing of, the bar of the State of New York and is admitted in good standing in the United States District Court for the Southern District of New York.

3.     Ms. Tai has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

4.     Ms. Tai states and affirms that she will comply with the Local Rules of the United States District Court for the Western District of Arkansas, and all procedures and requirements of this Court.

5.     Ms. Tai requests admittance to appear and participate as counsel for all Plaintiffs in the above-captioned action.

6.     Ms. Tai has designated Attorney John C. Williams as local counsel. He is in good standing of the bar of the State of Arkansas and of the United States District Court for the Western District of Arkansas. He maintains an office located in Arkansas for the practice of law at 904 W. 2nd St., Little Rock, AR 72201.

7.     It is understood that admission *pro hac vice* does not constitute formal admission.

8.     The fee for admission *pro hac vice* will be paid electronically through CM/ECF.

WHEREFORE, Attorney Amy Tai respectfully requests that this Motion for Leave to Appear *Pro Hac Vice* be granted and that the undersigned counsel be permitted to appear and participate as counsel for Plaintiffs in this matter.

Dated: June 13, 2025

Respectfully submitted,

By: */s/ Amy Tai*

Amy Tai, NY Bar No. 4722625
Senior Litigation Counsel
Americans United for Separation of Church and State
1310 L Street NW, Suite 200
Washington, DC 20005
202-988-7682
tai@au.org

2

## CERTIFICATE OF SERVICE

I, Amy Tai, certify that on June 13, 2025, I caused a true and correct copy of the

foregoing Motion to be filed electronically on CM/ECF and sent via U.S. First Class Mail to

counsel for the Defendants at the following address:

Marshall S. Ney
Friday Eldredge & Clark LLP
3350 South Pinnacle Hills Pkwy, Suite 301
Rogers, AR 72758

/s/ Amy Tai
Amy Tai
