Simpson Thacher & Bartlett LLP 425 Lexington Avenue New York, NY 10017

# AFFIDAVIT OF SERVICE

Client's File No.: _____

Civil Action No.: Case 5:25-cv-05127-TLB

Date Filed: June 11, 2025

Court Date: _____

**UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF ARKANSAS**

SAMANTHA STINSON and JONATHAN STINSON, on behalf of themselves and on behalf of their minor children, A.R.S. and A.W.S.; et al.,

*Plaintiff*

vs

FAYETTEVILLE SCHOOL DISTRICT NO. 1; SPRINGDALE SCHOOL DISTRICT NO. 50; BENTONVILLE SCHOOL DISTRICT NO. 6; and SILOAM SPRINGS SCHOOL DISTRICT NO. 21,

*Defendant*

STATE OF ARKANSAS COUNTY OF BENTON SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Arkansas

That on the following date: June 12, 2025, at the following time: 4:08 PM,

at 3050 CHERI WHITLOCK DRIVE, SILOAM SPRINGS, AR 72761 deponent served the within Summons in a Civil Action, Complaint for Declaratory and Injunctive Relief, Civil Cover Sheet with Case Opening Information Continuation Sheet and Instructions, Motion for Preliminary Injunction with Attachment, Declaration of Samantha Stinson in Support, Declaration of Jonathan Stinson in Support, Declaration of Stephen Caldwell in Support, Declaration of Joseph Armendariz in Support, Declaration of Talara Taylor in Support, Declaration of Shane Taylor in Support, Declaration of Carol Vella in Support, Declaration of Daniel Rix in Support, Declaration of Leah Bailey in Support, Declaration of Steven K. Green, J.D., Ph.D., Expert Report of Steven K. Green, J.D., Ph.D., Exhibit A, Notice of Constitutional Challenge to State Statute and Memorandum in Support

[X] Papers so served were properly endorsed with the Civil Action No. and date of filing.

Upon: SILOAM SPRINGS SCHOOL DISTRICT NO. 21

[ ] **Individual** — By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the individual described therein.

[ ] **Responsible Person** — By delivering to and leaving with _____, _____ Relationship, a true copy thereof, a person of suitable age and discretion. Said premises being the defendant / respondent's [ ] dwelling place [ ] place of business/employment [ ] last known address within the State. [ ] usual place of abode

[X] **Corporation LLC / LLP** — By delivering to and leaving with Amy Carter said individual to be Asst. Superintendent who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

[ ] **Affixing To Door** — By affixing a true copy thereof to the door, being the defendant/respondent's [ ] dwelling place [ ] place of business/employment [ ] last known address within the State. [ ] usual place of abode

[ ] **Previous Attempts** — Deponent previously attempted to serve the above named defendant/respondent on:

**Perceived Description of Recipient**: Gender: Female   Race: White   Color of hair: Brown   Age: 51 - 65 Yrs.   Height: 5ft 4inch - 5ft 8inch   Weight: 131-160 Lbs.   Other Features: _____

[ ] **Mail** — A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal and Confidential" in a depository maintained by the U. S. P. S. and mailed First Class mail to the above address _____. on _____

[ ] **WITNESS FEES** — Subpoena Fee Tendered in the amount of $.

[ ] **MILITARY SERVICE** — I asked the person spoken to whether defendant was in active military service of the United States in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

[ ] **Other**

Sworn to before me on 06/13/2025

Cody Patton
Benton County Arkansas
NOTARY PUBLIC — ARKANSAS
My Commission Expires November 30, 2030
Commission No. 12712550

PROCESS SERVER - PRINT NAME BELOW SIGNATURE
John Cumpston

PROCESS SERVER LICENSE #

Court Support, Inc., 265 Post Ave #150, Westbury, NY 11590 License #1382542-DCA

Work Order # 1499774