AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:25-cv-05127

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Springdale School District No. 50 was received by me on *(date)* 06/11/2025.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* On June 13, 2025, Marshall S. Ney, counsel for Defendant Springdale School District No. 50, agreed to accept service, and on that date I sent Mr. Ney the Complaint (Dkt. 2), Summons (Dkt. 7); Motion for Preliminary Injunction and supporting exhibits (Dkt. 8), Brief in Support of Motion for Preliminary Injunction (Dkt. 9), and Rule 5.1 Notice (Dkt. 10) via email.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 06/13/2025

/s/ John C. Williams
*Server's signature*

John C. Williams
*Printed name and title*

ACLU of Arkansas
904 W 2nd St.
Little Rock, AR 72201
*Server's address*

Additional information regarding attempted service, etc: