UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| SAMANTHA STINSON and JONATHAN STINSON, on behalf of themselves and on behalf of their minor children, A.R.S. and A.W.S.; STEPHEN CALDWELL, on behalf of himself and on behalf of his minor child, W.C.; JOSEPH ARMENDARIZ, on behalf of himself and on behalf his minor children, M.A. and W.A.; TALARA TAYLOR and SHANE TAYLOR, on behalf of themselves and on behalf of their minor children, K.T. and M.T.; CAROL VELLA, on behalf of herself and on behalf of her minor children, E.M.V. and N.M.V.; DANIEL RIX, on behalf of himself and on behalf of his minor children, A.R., J.R., and W.R.; and LEAH BAILEY, on behalf of herself and on behalf her minor children, C.T. and D.T., <br><br>    Plaintiffs,<br><br>v.<br><br>FAYETTEVILLE SCHOOL DISTRICT NO. 1; SPRINGDALE SCHOOL DISTRICT NO. 50; BENTONVILLE SCHOOL DISTRICT NO. 6; and SILOAM SPRINGS SCHOOL DISTRICT NO. 21,<br><br>    Defendants. | CIVIL ACTION NO. 5:25-cv-05127 |

**MOTION BY ALEX J. LUCHENITSER FOR LEAVE TO APPEAR *PRO HAC VICE***

1. Alex J. Luchenitser is employed at Americans United for Separation of Church and State, 1310 L St. NW, Suite 200, Washington, D.C. 20005.

2. Mr. Luchenitser is admitted to, and a member in good standing of, the following jurisdictions:

District of Columbia Bar (admitted August 6, 2001; Bar # 473393).
State Bar of California (June 22, 1995; now inactive; Bar # 177367).
U.S. Supreme Court (March 2, 2005).
U.S. Court of Appeals for the First Circuit (October 1, 2012; Bar # 1154799).
U.S. Court of Appeals for the Second Circuit (June 14, 2010).

U.S. Court of Appeals for the Third Circuit (November 8, 2002).
U.S. Court of Appeals for the Fourth Circuit (April 30, 2020).
U.S. Court of Appeals for the Fifth Circuit (December 26, 2017).
U.S. Court of Appeals for the Sixth Circuit (May 2, 2008).
U.S. Court of Appeals for the Seventh Circuit (September 27, 2002).
U.S. Court of Appeals for the Eighth Circuit (November 21, 2006; Bar # 06-0527).
U.S. Court of Appeals for the Ninth Circuit (November 21, 1997).
U.S. Court of Appeals for the Tenth Circuit (March 6, 2020).
U.S. Court of Appeals for the Eleventh Circuit (September 3, 2002; Bar # 048283867).
U.S. Court of Appeals for the District of Columbia Circuit (November 3, 2004; Bar # 49680).
U.S. Court of Appeals for the Federal Circuit (November 13, 2006).
U.S. District Court for the Northern District of California (August 18, 1997).
U.S. District Court for the District of Colorado (May 23, 2016).
U.S. District Court for the District of Columbia (August 7, 2006; Bar # 473393).
U.S. District Court for the Eastern District of Michigan (August 8, 2014).
U.S. District Court for the Eastern District of Wisconsin (April 13, 2009).

3.  Mr. Luchenitser has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

4.  Mr. Luchenitser states and affirms that he will comply with the Local Rules of the United States District Court for the Western District of Arkansas and all procedures and requirements of this Court.

5.  Mr. Luchenitser requests admittance to appear and participate as counsel for all Plaintiffs.

6.  Mr. Luchenitser has designated Attorney John C. Williams as local counsel.  Mr. Williams is in good standing of the Bars of the State of Arkansas and of the United States District Court for the Western District of Arkansas (ABN 2013233).  Mr. Williams maintains an office located in Arkansas for the practice of law at Arkansas Civil Liberties Union Foundation, Inc., 904 W. 2nd St., Little Rock, AR 72201.

7.  It is understood that admission *pro hac vice* does not constitute formal admission.

8.  The fee for admission *pro hac vice* will be paid electronically through CM/ECF.

9.  WHEREFORE, Mr. Luchenitser respectfully requests that this Motion to Admit Counsel

*pro hac vice* be granted and that he be permitted to appear and participate as counsel for Plaintiffs in this matter.

Dated: June 13, 2025                    Respectfully submitted,

/s/ Alex J. Luchenitser
Alex J. Luchenitser
D.C. Bar. No. 473393
Americans United for Separation of Church & State
1310 L Street NW, Suite 200
Washington, DC 20005
(202) 466-7306
luchenitser@au.org

## CERTIFICATE OF SERVICE

I, Alex J. Luchenitser, certify that on June 13, 2025, I caused a true and correct copy of the foregoing Motion to be filed electronically and sent to counsel for Defendants at the following address:

Marshall S. Ney
Friday Eldredge & Clark LLP
3350 South Pinnacle Hills Pkwy, Suite 301
Rogers, AR 72758

/s/ Alex J. Luchenitser
Alex J. Luchenitser