UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| SAMANTHA STINSON and JONATHAN STINSON, on behalf of themselves and on behalf of their minor children, A.R.S. and A.W.S.; STEPHEN CALDWELL, on behalf of himself and on behalf of his minor child, W.C.; JOSEPH ARMENDARIZ, on behalf of himself and on behalf his minor children, M.A. and W.A.; TALARA TAYLOR and SHANE TAYLOR, on behalf of themselves and on behalf of their minor children, K.T. and M.T.; CAROL VELLA, on behalf of herself and on behalf of her minor children, E.M.V. and N.M.V.; DANIEL RIX, on behalf of himself and on behalf of his minor children, A.R., J.R., and W.R.; and LEAH BAILEY, on behalf of herself and on behalf her minor children, C.T. and D.T., <br><br> Plaintiffs, <br><br> v. <br><br> FAYETTEVILLE SCHOOL DISTRICT NO. 1; SPRINGDALE SCHOOL DISTRICT NO. 50; BENTONVILLE SCHOOL DISTRICT NO. 6; and SILOAM SPRINGS SCHOOL DISTRICT NO. 21, <br><br> Defendants. | CIVIL ACTION NO. 5:25-cv-05127 |

### **MOTION BY JANET A. GOCHMAN FOR LEAVE TO APPEAR PRO HAC VICE**

1. Janet A. Gochman is employed at Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, NY 10017.

2. Janet A. Gochman is admitted to, and a member in good standing of, the New York State bar.

3. Janet A. Gochman has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

4. Janet A. Gochman states and affirms that she will comply with the Local Rules of the United States District Court for the Western District of Arkansas, and all procedures and requirements of this Court.

5. Janet A. Gochman requests admittance to appear and participate as counsel for all Plaintiffs.

6. Janet A. Gochman has designated Attorney John C. Williams as local counsel. He is in good standing of the bar of the State of Arkansas and of the United States District Court for the Western District of Arkansas. He maintains an office located in Arkansas for the practice of law at 904 W. 2nd St., Little Rock, AR 72201.

7. It is understood that admission *pro hac vice* does not constitute formal admission.

8. The fee for admission *pro hac vice* will be paid electronically through CM/ECF.

9. WHEREFORE, Janet A. Gochman respectfully requests that this Motion to Admit Counsel pro hac vice be granted and that Outside Attorney be permitted to appear and participate as counsel for Plaintiffs in this matter.

Dated: June 13, 2025

Respectfully submitted,

By: */s/ Janet A. Gochman*

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
jgochman@stblaw.com
T: 212-455-2000

**CERTIFICATE OF SERVICE**

I, Janet A. Gochman, certify that on June 13, 2025 I caused a true and correct copy of the foregoing Motion to be filed electronically and sent via U.S. First Class Mail to counsel for the Defendants at the following address:

Marshall S. Ney
Friday Eldredge & Clark LLP
3350 South Pinnacle Hills Pkwy, Suite 301
Rogers, AR 72758

*By: /s/ Janet A. Gochman*
