UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| SAMANTHA STINSON and JONATHAN STINSON, on behalf of themselves and on behalf of their minor children, A.R.S. and A.W.S.; STEPHEN CALDWELL, on behalf of himself and on behalf of his minor child, W.C.; JOSEPH ARMENDARIZ, on behalf of himself and on behalf his minor children, M.A. and W.A.; TALARA TAYLOR and SHANE TAYLOR, on behalf of themselves and on behalf of their minor children, K.T. and M.T.; CAROL VELLA, on behalf of herself and on behalf of her minor children, E.M.V. and N.M.V.; DANIEL RIX, on behalf of himself and on behalf of his minor children, A.R., J.R., and W.R.; and LEAH BAILEY, on behalf of herself and on behalf her minor children, C.T. and D.T., | CIVIL ACTION NO. 5:25-CV-05127 |
| *Plaintiffs,* | |
| V. | |
| FAYETTEVILLE SCHOOL DISTRICT NO. 1; SPRINGDALE SCHOOL DISTRICT NO. 50; BENTONVILLE SCHOOL DISTRICT NO. 6; AND SILOAM SPRINGS SCHOOL DISTRICT NO. 21, | |
| *Defendants.* | |
| \*     \*     \* | |
| STATE OF ARKANSAS, *ex rel.* TIM GRIFFIN, ATTORNEY GENERAL, | |
| *Intervenor.* | |

**THE STATE OF ARKANSAS'S
MOTION TO DISMISS**

The State of Arkansas, for its motion to dismiss under Federal Rule of Civil Procedure 12(b)(1), states:

1. Act 573 of 2025 ("the Act") became law on April 14, 2025, after the Arkansas General Assembly enacted and Governor Sanders signed it. Only if funds or a display is donated are public schools required to display "a historical representation of the Ten Commandments." Ark. Code Ann. § 1-4-133(a)(1)(B)(i). The Act goes into effect on August 5, 2025. *See* Op. Ark. Att'y Gen. No. 32 (May 12, 2025), https://ag-opinions.s3.amazonaws.com/uploads/2025-032.pdf.

2. As the Supreme Court has repeatedly recognized, the Ten Commandments have enormous historical significance "in America's heritage." *Van Orden v. Perry*, 545 U.S. 677, 689 (2005) (plurality). It is therefore beyond serious dispute—and settled by the Supreme Court—that the Ten Commandments have historical significance and are "one of the foundations of our legal system." *Am. Legion v. Am. Humanist Ass'n*, 588 U.S. 29, 53 (2019).

3. Challenging the constitutionality of the Act, Plaintiffs sued a few Arkansas school districts and moved for a preliminary injunction.

4. This Court, however, does not even need to reach Plaintiffs' preliminary-injunction request because Plaintiffs lack standing to assert their claims, and their claims are not ripe. Plaintiffs' alleged injury is based on speculation and guesswork. They have not seen any Act 573 displays, much less the surrounding context, so they cannot know that the display will cause the injuries that they allege. What is more,

Plaintiffs do not even know when, or if, an Act 573 display will be posted in their students' classroom.

5.  Plaintiffs are also not likely to succeed on the merits. Their arguments ignore recent Supreme Court and Eighth Circuit cases and seek to resurrect abrogated precedent. Plaintiffs therefore cannot show likelihood of success to justify enjoining the implementation of a democratically enacted statute.

6.  A brief is being filed contemporaneously with this motion and is incorporated by reference, along with the following exhibits:

- Exhibit 1 – news articles
- Exhibit 2 – *Roake v. Brumley* issuance of mandate withheld
- Exhibit 3 – *Roake v. Brumley* petition for rehearing en banc

WHEREFORE, the State of Arkansas respectfully requests that the Court dismiss Plaintiffs' complaint for lack of subject-matter jurisdiction. Alternatively, the Court should deny Plaintiffs' preliminary-injunction motion in its entirety or, at the very least, narrow the scope of preliminary relief granted.

                Respectfully submitted,

                TIM GRIFFIN
                Attorney General

By:    Noah P. Watson
        Ark. Bar No. 2020251
        Deputy Solicitor General

        Laura Purvis
        Ark. Bar No. 2023239
        Assistant Attorney General

        Arkansas Attorney General's Office
        101 West Capitol Avenue
        Little Rock, AR 72201
        (501) 682-1019
        (501) 682-2591 fax
        noah.watson@arkansasag.gov
        laura.purvis@arkansasag.gov

        *Counsel for State of Arkansas, ex rel.*
        *Tim Griffin, Attorney General*