**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**SAMANTHA STINSON and JONATHAN STINSON,**                    **PLAINTIFFS**
**on behalf of themselves and on behalf of their minor**
**children, A.R.S. and A.W.S.; STEPHEN CALDWELL,**
**on behalf of himself and on behalf of his minor child, W.C.;**
**JOSEPH ARMENDARIZ, on behalf of himself and**
**on behalf of his minor children, M.A. and W.A.;**
**TALARA TAYLOR and SHANE TAYLOR, on behalf of**
**themselves and on behalf of their minor children, K.T. and M.T.;**
**CAROL VELLA, on behalf of herself and on behalf of**
**her minor children, E.M.V. and N.M.V.; DANIEL RIX, on behalf of**
**himself and on behalf of his minor children, A.R., J.R., and W.R.;**
**and LEAH BAILEY, on behalf of herself and on behalf of**
**her minor children, C.T. and D.T.**

**vs.**                      **CASE NO. 5:25-cv-05127-TLB**

**FAYETTEVILLE SCHOOL DISTRICT NO. 1;**
**SPRINGDALE SCHOOL DISTRICT NO. 50;**
**BENTONVILLE SCHOOL DISTRICT NO. 6;**
**and SILOAM SPRINGS SCHOOL DISTRICT NO. 21**                    **DEFENDANTS**

## <u>NOTICE OF UPDATE</u>

Defendants, Fayetteville School District No. 1 ("Fayetteville Schools"), Springdale School

District No. 50 ("Springdale Schools"), Bentonville School District No. 6 ("Bentonville Schools"),

and Siloam Springs School District No. 21 ("Siloam Springs Schools," collectively, the

"Districts"), for their Notice of Update state as follows:

1.      On August 1, 2025, Fayetteville Schools received a donation of hundreds of Ten

Commandments posters.

2.      A copy of the poster is attached as Exhibit 1.

3.      A copy of the donation instructions is attached as Exhibit 2.

Respectfully submitted,

Marshall S. Ney, Ark. Bar No. 91108
Katherine C. Campbell, Ark. Bar No. 2013241
Sarah P. Smith, Ark. Bar No. 2022189
FRIDAY, ELDREDGE & CLARK, LLP
3350 S. Pinnacle Hills Parkway, Suite 301
Rogers, AR 72758
Office: (479) 695-6040
Facsimile: (501) 244-5389
mney@fridayfirm.com
kcampbell@fridayfirm.com
ssmith@fridayfirm.com

# EXHIBIT 1



# EXHIBIT 2



**Ten Commandments Poster Delivery Instructions**

Thank you for helping deliver **Ten Commandments posters** in support of current state laws. Your participation plays a vital role in ensuring schools and public institutions are equipped to display these important moral foundations. We are grateful for you!

**IMPORTANT INFORMATION**
Please remember that you represent the values of the cause and the message itself.
- Remember, this project is about restoring the Ten Commandments to classrooms (where they once were) and returning to America's long-standing history and traditions of upholding the Ten Commandments.
- Dress in business casual (e.g., polos, blouses, slacks, skirts).
- Avoid political messaging on clothing, buttons, or accessories.
- Religious symbols (e.g., crosses, Bible verses) are acceptable, but keep overall attire respectful and modest.
- Always remain calm, polite, and positive.

**<u>ARKANSAS</u>**

1. The package you receive will include a number of posters based on the number of schools you selected, bundled in sets of 30. You are welcome to laminate or frame the posters before delivery, but this is entirely optional and at your own expense. Posters can also be donated as-is, directly in the box.
2. Label each box clearly on the outside with the specific school's name. If you're donating posters to multiple schools, mark each box individually.
3. Deliver the poster bundle to the administrative building for your school district. This delivery address has been provided to you in your confirmation email containing the school(s) that you selected when you signed up.
4. Personally deliver the posters no later than the effective date of the law–August 5th. Posters are to be hand-delivered and not mailed.
5. In addition to the posters, we are providing you with a copy of the Arkansas law that was passed in 2025, along with a brief explanation for the school superintendent. Please present the copy of the law and explanation along with the posters, one for each school, when you deliver them to the administrative building.
6. You will be emailed and texted a link to complete a confirmation survey. Please keep note of the following information to be included in that survey completion form.
   - Date and time of delivery
   - Name and title of the staff member you spoke with

- Full name and address of the school or building
- Picture of you holding the posters outside of the school administrative building
  - *Note: All of this information is super important because it helps us to know that the posters were successfully delivered! Thank you!*

7. Upon arriving at your school district's administrative building, give the posters to the school superintendent or request that the posters be delivered to the school superintendent and tell them which school(s) you are donating the posters for.

    a. "These posters are being delivered in support of [Arkansas] law that authorizes the display of the Ten Commandments in public schools and are being donated for [specify the school(s) you are donating for]."

8. Thank the person for their time.

9. Commit to praying for the staff and students.

10. If you are willing, please take a picture in front of the school district administrative building, holding the poster or a bundle of posters, prior to delivering them. You will be able to provide this in your confirmation survey.

11. If you or your school district have questions about the law or encounter any challenges, please contact us at info@restoreamericanschool.com and we will recommend organizations who can assist.

12. If you have leftover posters, you may deliver them to local government buildings. Please ensure that if you make additional deliveries, you include a copy of the letter explaining the law for each delivery. Local government buildings you could deliver to include: Post offices, Public libraries, Courthouses, DMV offices. *(Note: Please do not deliver to churches or community centers unless explicitly instructed.)*

13. After deliveries are completed, please use the QR code below to fill out the completion survey. We look forward to hearing about your experience!



**Act 573**

REGARDING THE DISPLAY OF THE NATIONAL MOTTO AND THE TEN
COMMANDMENTS.

BE IT ENACTED BY THE GENERAL ASSEMBLY OF THE STATE OF ARKANSAS:

SECTION 1. Arkansas Code § 1-4-133 is amended to read as follows: 20 1-4-133.
Display of national motto — Display of the Ten Commandments.

(a)(1) If funds under subsection (b) of this section are available, local school
superintendents, local government building administrators, or chief administrators of the
public schools in this state, or institutions of higher education, or their respective
designees, and the administrative officials of state agencies, or their respective
designees, shall prominently display the following in a conspicuous place in a location
described in subdivision (a)(2) of this section:

(A)(i) A durable poster or framed copy of the national motto of the United States, "In
God We Trust".
 (ii) The national motto shall:
  (a) Be easily readable on a poster or framed copy of at least eleven inches
 by fourteen inches (11″ x 14″);
  (b) Be the central focus of the poster or 35 framed copy.
  (c) Be displayed in a large font size.
 (iii) The durable poster or framed copy required 2 under subdivision (a)(1)(A)(i) of
this section shall include:
  (a) An accurate representation of the United States flag, which shall be
 under the national motto; and
  (b) An accurate representation of the Arkansas state flag or flags; and
(B)(i) A durable poster or framed copy of a historical representation of the Ten
Commandments.
 (ii) The durable poster or framed copy of a historical representation of the Ten
Commandments required by subdivision (a)(1)(B)(i) of this section shall:
  (a) Include the text of the Ten Commandments in a size and typeface that
 is legible to a person with average vision from anywhere in the room in which the
 durable poster or framed copy is displayed; and
  (b) Be at least sixteen inches by twenty inches (16″ x 20″).

 (iii) The text of the durable poster or framed copy of the Ten Commandments
shall read as follows:

"The Ten Commandments
I am the Lord thy God.
Thou shalt have no other gods before me.
Thou shalt not make to thyself any graven images.
Thou shalt not take the Name of the Lord thy God in vain.
Remember the Sabbath day, to keep it holy.
Honor thy father and thy mother, that thy days may be long upon the land which
the Lord thy God giveth thee.
Thou shalt not kill.
Thou shalt not commit adultery.
Thou shalt not steal.
Thou shalt not bear false witness against thy neighbor.
Thou shalt not covet thy neighbor's house.
Thou shalt not covet thy neighbor's wife, nor his manservant, nor his
maidservant, nor his cattle, nor anything that is thy neighbor's."

(2) The durable posters or framed copies donated or purchased under subdivision (a)(1) of this section shall be displayed in each:

    (A) Public institution of higher education and elementary and secondary school library and classroom in this state; and

    (B) Public building or facility in this state that is maintained or operated by taxpayer funds.

(b) The copies or posters authorized under this section shall either be donated or purchased solely with funds made available through voluntary contributions to the local school boards, local building governing entity, or the Building Authority Division.

(c) If a copy or poster required under this section does not meet the requirements of subsection (a) of this section, then an institution specified under subsection (a) of this section may replace the copy or poster with a copy or poster that meets the requirements of subsection (a) of this section:

    (1) With public funds; or

    (2) By accepting a private donation.

(d) If an institution specified under subsection (a) of this section has a copy or poster that is not needed for display, then the institution specified under subsection (a) of this section shall donate the copy or poster to another institution specified under subsection (a) of this section.