UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| SAMANTHA STINSON and JONATHAN STINSON, on behalf of themselves and on behalf of their minor children, A.R.S. and A.W.S.; STEPHEN CALDWELL, on behalf of himself and on behalf of his minor child, W.C.; JOSEPH ARMENDARIZ, on behalf of himself and on behalf his minor children, M.A. and W.A.; TALARA TAYLOR and SHANE TAYLOR, on behalf of themselves and on behalf of their minor children, K.T. and M.T.; CAROL VELLA, on behalf of herself and on behalf of her minor children, E.M.V. and N.M.V.; DANIEL RIX, on behalf of himself and on behalf of his minor children, A.R., J.R., and W.R.; and LEAH BAILEY, on behalf of herself and on behalf her minor children, C.T. and D.T., | CIVIL ACTION NO. 5:25-CV-05127 |
| *Plaintiffs,* | |
| V. | |
| FAYETTEVILLE SCHOOL DISTRICT NO. 1; SPRINGDALE SCHOOL DISTRICT NO. 50; BENTONVILLE SCHOOL DISTRICT NO. 6; AND SILOAM SPRINGS SCHOOL DISTRICT NO. 21, | |
| *Defendants.* | |
| \*      \*      \* | |
| STATE OF ARKANSAS, *ex rel.* TIM GRIFFIN, ATTORNEY GENERAL, | |
| *Intervenor.* | |

**THE STATE OF ARKANSAS'S
NOTICE OF APPEAL**

Pursuant to 28 U.S.C. § 1291 and Federal Rule of Appellate Procedure 3, Intervenor State of Arkansas files this notice of appeal to the United States Court of Appeals for the Eighth Circuit from the memorandum opinion and order entered on August 4, 2025.  Mem. Op. & Order, ECF No. 71.

        Respectfully submitted,

        TIM GRIFFIN
        Attorney General

By:    Autumn Hamit Patterson
        Ark. Bar No. 2025095
        Solicitor General

        Noah P. Watson
        Ark. Bar No. 2020251
        Deputy Solicitor General

        Laura Purvis
        Ark. Bar No. 2023239
        Assistant Attorney General

        Arkansas Attorney General's Office
        101 West Capitol Avenue
        Little Rock, Arkansas 72201
        (501) 682-1019
        (501) 682-2591 fax
        autumn.patterson@arkansasag.gov
        noah.watson@arkansasag.gov
        laura.purvis@arkansasag.gov

        *Counsel for State of Arkansas, ex rel.*
        *Tim Griffin, Attorney General*