UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| SAMANTHA STINSON and JONATHAN STINSON, on behalf of themselves and on behalf of their minor children, A.R.S. and A.W.S.; STEPHEN CALDWELL, on behalf of himself and on behalf of his minor child, W.C.; JOSEPH ARMENDARIZ, on behalf of himself and on behalf his minor children, M.A. and W.A.; TALARA TAYLOR and SHANE TAYLOR, on behalf of themselves and on behalf of their minor children, K.T. and M.T.; CAROL VELLA, on behalf of herself and on behalf of her minor children, E.M.V. and N.M.V.; DANIEL RIX, on behalf of himself and on behalf of his minor children, A.R., J.R., and W.R.; and LEAH BAILEY, on behalf of herself and on behalf her minor children, C.T. and D.T., | |
| Plaintiffs, | CIVIL ACTION NO. 5:25-cv-05127-TLB |
| v. | |
| FAYETTEVILLE SCHOOL DISTRICT NO. 1; SPRINGDALE SCHOOL DISTRICT NO. 50; BENTONVILLE SCHOOL DISTRICT NO. 6; and SILOAM SPRINGS SCHOOL DISTRICT NO. 21, | |
| Defendants, | |
| and | |
| STATE OF ARKANSAS, *ex rel.* TIM GRIFFIN, ATTORNEY GENERAL, | |
| Intervenor. | |

**PLAINTIFFS' MOTION TO EXPEDITE TIME TO RESPOND TO MOTION FOR LEAVE TO AMEND COMPLAINT**

1

Plaintiffs respectfully request that the Court require Intervenor to file an expedited response to their Motion for Leave to Amend Complaint. Plaintiffs' counsel has conferred with Intervenor's counsel, and Intervenor opposes this motion. In support of this motion, Plaintiffs state as follows:

1. Today, Plaintiffs filed a Motion for Leave to Amend the Complaint. ECF No 79. The proposed First Amended Complaint would add Plaintiffs and a new Defendant, Conway School District No. 1. The new Defendant has posted the Ten Commandments in its classrooms, despite this Court's August 4 preliminary-injunction order holding that Act 573 "is obviously unconstitutional." ECF No. 71 at 4.

2. While Defendants do not object to the amendment, Intervenor does. Typically, under Local Rule 7.2(b), Intervenor would have fourteen days to respond to the Motion for Leave to Amend. However, during that fourteen-day period, the proposed new Plaintiffs will suffer irreparable harm to their First Amendment rights as a result of the Conway School District's unconstitutional imposition of the Ten Commandments.

3. If the Motion for Leave to Amend is granted, Plaintiffs will immediately file their First Amended Complaint and a motion for temporary relief asking the Court to enjoin the Conway School District from hanging Ten Commandments posters, just as it has already enjoined Defendants.

4. Plaintiffs request that the Court order Intervenor to file any opposition to the Motion for Leave to Amend no later than 5 p.m. CDT on Monday, August 25.

WHEREFORE, Plaintiffs ask the Court to order that Intervenor's opposition to Plaintiffs' Motion for Leave to Amend be due by 5 p.m. CDT on Monday, August 25, 2025.

Date: August 22, 2025                                    Respectfully submitted,

By: */s/ John C. Williams*
ARKANSAS CIVIL LIBERTIES UNION FOUNDATION, INC.
John C. Williams (ABN 2013233)
Shelby H. Shroff (ABN 2019234)
904 W. 2nd St.
Little Rock, AR 72201
(501) 374-2842
*john@acluarkansas.org*
*shelby@acluarkansas.org*

SIMPSON THACHER & BARTLETT LLP
Jonathan K. Youngwood
Janet A. Gochman*
Noah Gimbel*
Jordan T. Krieger*
425 Lexington Avenue
New York, NY 10017
(212) 455-2000
*jyoungwood@stblaw.com*
*jgochman@stblaw.com*
*noah.gimbel@stblaw.com*
*jordan.krieger@stblaw.com*

AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Daniel Mach*
Heather L. Weaver*
915 15th Street, NW, Suite 600
Washington, DC 20005
(202) 675-2330
*dmach@aclu.org*
*hweaver@aclu.org*

AMERICANS UNITED FOR SEPARATION OF CHURCH & STATE
Alex J. Luchenitser*
Amy Tai* ×
Jess Zalph*
1310 L Street NW, Suite 200
Washington, DC 20005
(202) 466-7306
*luchenitser@au.org*

3

*tai@au.org*
*zalph@au.org*

FREEDOM FROM RELIGION FOUNDATION
Patrick C. Elliott*
Samuel T. Grover*
Nancy A. Noet*
PO Box 750
Madison, WI 53701
(608) 256-8900
*patrick@ffrf.org*
*sgrover@ffrf.org*
*noetn@ffrf.org*

\*  *Pro Hac Vice*

× Admitted to practice in New York; not a member of the D.C. bar

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2025, I filed the foregoing on the CM/ECF system, which completed service upon counsel for Defendants and the State of Arkansas.

By: /s/ *John C. Williams*
John C. Williams