IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

SAMANTHA STINSON and JONATHAN STINSON,
on behalf of themselves and on behalf of their minor
children, A.R.S. and A.W.S.; STEPHEN CALDWELL,
on behalf of himself and his minor child, W.C.;
JOSEPH ARMENDARIZ, on behalf of himself and
on behalf of his minor children, M.A. and W.A.;
TALARA TAYLOR and SHANE TAYLOR, on behalf
of themselves and on behalf of their minor children,
K.T. and M.T.; CAROL VELLA, on behalf of herself
and on behalf of her minor children, E.M.V. and N.M.V.;
DANIEL RIX, on behalf of himself and on behalf of
his minor children, A.R., J.R., and W.R.;
LEAH BAILEY, on behalf of herself and on behalf of her
minor children, C.T. and D.T.; JULIE JAEGER, on
behalf of herself and on behalf of her minor child, U.J.;
and APRIL CHRISTINE BERRY and KYLE BERRY,
on behalf of themselves and on behalf of their minor
children, C.B. and K.B.                                                              PLAINTIFFS

v.                                       Case No. 5:25-cv-05127-TLB

FAYETTEVILLE SCHOOL DISTRICT NO. 1;
SPRINGDALE SCHOOL DISTRICT NO. 50;
BENTONVILLE SCHOOL DISTRICT NO. 6
SILOAM SPRINGS SCHOOL DISTRICT NO. 21;
and CONWAY SCHOOL DISTRICT NO. 1                                    DEFENDANTS

and

STATE OF ARKANSAS, *ex rel.* TIM GRIFFIN,
ATTORNEY GENERAL                                                                INTERVENOR

## NOTICE OF APPEARANCE

Phillip M. Brick, Jr., of the law firm of Bequette, Billingsley & Kees, P.A., 425 West Capitol Avenue, Suite 3200, Little Rock, Arkansas 72201, hereby enters his appearance as counsel in the above-captioned proceedings for Separate Defendant Conway School District.

I certify that I am admitted to practice in this Court.

Respectfully submitted,

**Phillip M. Brick, Jr.**
Arkansas Bar Number 2009116
BEQUETTE, BILLINGSLEY & KEES, P.A.
425 West Capitol Avenue, Suite 3200
Little Rock, AR 72201-3469
Telephone: (501) 374-1107
Fax: (501) 374-5092
Email: pbrick@bbpalaw.com

*Attorneys for Conway School District*