# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| SAMANTHA STINSON and JONATHAN STINSON, on behalf of themselves and on behalf of their minor children, A.R.S. and A.W.S.; STEPHEN CALDWELL, on behalf of himself and on behalf of his minor child, W.C.; JOSEPH ARMENDARIZ, on behalf of himself and on behalf his minor children, M.A. and W.A.; TALARA TAYLOR and SHANE TAYLOR, on behalf of themselves and on behalf of their minor children, K.T. and M.T.; CAROL VELLA, on behalf of herself and on behalf of her minor children, E.M.V. and N.M.V.; DANIEL RIX, on behalf of himself and on behalf of his minor children, A.R., J.R., and W.R.; and LEAH BAILEY, on behalf of herself and on behalf her minor children, C.T. and D.T.,; JULEE JAEGER, on behalf of herself and on behalf of her minor child, U.J.; and APRIL CHRISTINE BERRY and KYLE BERRY, on behalf of themselves and their minor children, C.B. and K.B., <br><br> *Plaintiffs,* <br><br> V. <br><br> FAYETTEVILLE SCHOOL DISTRICT NO. 1; SPRINGDALE SCHOOL DISTRICT NO. 50; BENTONVILLE SCHOOL DISTRICT NO. 6; SILOAM SPRINGS SCHOOL DISTRICT NO. 21; and CONWAY SCHOOL DISTRICT NO. 1, <br><br> *Defendants.* <br><br> \*         \*         \* <br><br> STATE OF ARKANSAS, *ex rel.* TIM GRIFFIN, ATTORNEY GENERAL, <br><br> *Intervenor.* | CIVIL ACTION NO. 5:25-CV-05127 |

**THE STATE OF ARKANSAS'S NOTICE OF APPEAL**

Pursuant to 28 U.S.C. § 1291 and Federal Rule of Appellate Procedure 3, Intervenor State of Arkansas files this notice of appeal to the United States Court of Appeals for the Eighth Circuit from the order granting Plaintiffs' motion for preliminary injunction and converting the temporary restraining order to a preliminary injunction entered on September 10, 2025, ECF No. 111.

        Respectfully submitted,

        TIM GRIFFIN
        Attorney General

By:    Laura Purvis
        Ark. Bar No. 2023239
        Assistant Attorney General

        Arkansas Attorney General's Office
        101 West Capitol Avenue
        Little Rock, AR 72201
        (501) 320-3085
        (501) 682-2591 fax
        laura.purvis@arkansasag.gov

        *Counsel for State of Arkansas, ex rel.*
        *Tim Griffin, Attorney General*