UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| SAMANTHA STINSON and JONATHAN STINSON, on behalf of themselves and on behalf of their minor children, A.R.S. and A.W.S.; STEPHEN CALDWELL, on behalf of himself and on behalf of his minor child, W.C.; JOSEPH ARMENDARIZ, on behalf of himself and on behalf his minor children, M.A. and W.A.; TALARA TAYLOR and SHANE TAYLOR, on behalf of themselves and on behalf of their minor children, K.T. and M.T.; CAROL VELLA, on behalf of herself and on behalf of her minor children, E.M.V. and N.M.V.; DANIEL RIX, on behalf of himself and on behalf of his minor children, A.R., J.R., and W.R.; LEAH BAILEY, on behalf of herself and on behalf her minor children, C.T. and D.T.; JULEE JAEGER, on behalf of herself and on behalf of her minor child, U.J.; and APRIL CHRISTINE BERRY and KYLE BERRY, on behalf of themselves and on behalf of their minor children, C.B. and K.B., <br><br>        Plaintiffs, <br><br>        v. <br><br> FAYETTEVILLE SCHOOL DISTRICT NO. 1; SPRINGDALE SCHOOL DISTRICT NO. 50; BENTONVILLE SCHOOL DISTRICT NO. 6; SILOAM SPRINGS SCHOOL DISTRICT NO. 21; and CONWAY SCHOOL DISTRICT NO. 1, <br><br>        Defendants, <br><br> and <br><br> STATE OF ARKANSAS, *ex rel.* TIM GRIFFIN, ATTORNEY GENERAL, <br><br>        Intervenor. | CIVIL ACTION NO. 5:25-cv-05127-TLB |

**PLAINTIFFS' MOTION TO EXPEDITE TIME TO RESPOND TO MOTION FOR LEAVE TO SUPPLEMENT COMPLAINT**

1

Plaintiffs respectfully request that the Court require Defendants and Intervenor to file an expedited response to their Motion for Leave to Supplement Complaint. In support of this motion, Plaintiffs state as follows:

1.    Today, Plaintiffs filed a Motion for Leave to Supplement Complaint. ECF No. 123. The proposed Second Supplemental Complaint would add Plaintiffs Christine Benson and her minor child, B.B., and a new Defendant, Lakeside School District No. 9. On September 25, 2025, new Defendant posted the Ten Commandments in its classrooms, despite this Court's August 4 preliminary-injunction order holding that Act 573 "is obviously unconstitutional," ECF No. 71 at 4, and its Temporary Restraining Order and Preliminary Injunction requiring separate defendant Conway School District No. 1 to take down Ten Commandments posters hung in its classrooms and libraries, ECF Nos. 93, 111.

2.    Plaintiffs' counsel has conferred with counsel for Defendants and Intervenor. Intervenor and Defendant Conway School District No. 1 oppose the Motion for Leave to Supplement the Complaint. (The other Defendants do not.)

3.    Typically, under Local Rule 7.2(b), Defendants and Intervenor would have fourteen days to respond to the Motion for Leave to Supplement Complaint. However, during that fourteen-day period, the proposed Plaintiffs will suffer irreparable harm to their First Amendment rights as a result of the Lakeside School District's unconstitutional imposition of the Ten Commandments.

4.    If the Motion for Leave to Supplement Complaint is granted, Plaintiffs will immediately file their Second Supplemental Complaint and a motion for temporary relief asking the Court to enjoin the Lakeside School District from hanging Ten Commandments posters, just as it has already enjoined Defendants.

5.      Plaintiffs request that the Court order Defendants and Intervenor to file any opposition to the Motion for Leave to Supplement Complaint no later than 12 p.m. CDT on Thursday, October 16. Intervenor and Defendant Conway School District No. 1 oppose this request.

WHEREFORE, Plaintiffs ask the Court to order that Defendants' and Intervenor's opposition to Plaintiffs' Motion for Leave to Supplement Complaint be due by 12 p.m. CDT on Thursday, October 16.

Date: October 14, 2025                                   Respectfully submitted,

By: */s/ John C. Williams*
ARKANSAS CIVIL LIBERTIES UNION FOUNDATION, INC.
John C. Williams (ABN 2013233)
Shelby H. Shroff (ABN 2019234)
904 W. 2nd St.
Little Rock, AR 72201
(501) 374-2842
*john@acluarkansas.org*
*shelby@acluarkansas.org*

SIMPSON THACHER & BARTLETT LLP
Jonathan K. Youngwood
Janet A. Gochman*
Noah Gimbel*
Jordan T. Krieger*
425 Lexington Avenue
New York, NY 10017
(212) 455-2000
*jyoungwood@stblaw.com*
*jgochman@stblaw.com*
*noah.gimbel@stblaw.com*
*jordan.krieger@stblaw.com*

AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Daniel Mach*
Heather L. Weaver*
915 15th Street, NW, Suite 600
Washington, DC 20005

(202) 675-2330
*dmach@aclu.org*
*hweaver@aclu.org*

AMERICANS UNITED FOR
SEPARATION OF CHURCH & STATE
Alex J. Luchenitser*
Amy Tai* ×
Jess Zalph*
1310 L Street NW, Suite 200
Washington, DC 20005
(202) 466-7306
*luchenitser@au.org*
*tai@au.org*
*zalph@au.org*

FREEDOM FROM RELIGION
FOUNDATION
Patrick C. Elliott*
Samuel T. Grover*
Nancy A. Noet*
PO Box 750
Madison, WI 53701
(608) 256-8900
*patrick@ffrf.org*
*sgrover@ffrf.org*
*noetn@ffrf.org*

\*  Pro Hac Vice

× Admitted to practice in New York; not a
   member of the D.C. bar

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2025, I filed the foregoing on the CM/ECF system, which completed service upon counsel for Defendants and the State of Arkansas.

By: /s/ *John C. Williams*
John C. Williams