IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| SAMANTHA STINSON and JONATHAN STINSON, on behalf of themselves and on behalf of their minor children, A.R.S. and A.W.S.; STEPHEN CALDWELL, on behalf of himself and his minor child, W.C.; JOSEPH ARMENDARIZ, on behalf of himself and on behalf of his minor children, M.A. and W.A.; TALARA TAYLOR and SHANE TAYLOR, on behalf of themselves and on behalf of their minor children, K.T. and M.T.; CAROL VELLA, on behalf of herself and on behalf of her minor children, E.M.V. and N.M.V.; DANIEL RIX, on behalf of himself and on behalf of his minor children, A.R., J.R., and W.R.; LEAH BAILEY, on behalf of herself and on behalf of her minor children, C.T. and D.T.; JULIE JAEGER, on behalf of herself and on behalf of her minor child, U.J.; APRIL CHRISTINE BERRY and KYLE BERRY, on behalf of themselves and on behalf of their minor children, C.B. and K.B.; and CHRISTINE BENSON, on behalf of herself and on behalf of her minor child, B.B., | PLAINTIFFS |

v.                    Case No. 5:25-cv-05127-TLB

| | |
|---|---|
| FAYETTEVILLE SCHOOL DISTRICT NO. 1; SPRINGDALE SCHOOL DISTRICT NO. 50; BENTONVILLE SCHOOL DISTRICT NO. 6 SILOAM SPRINGS SCHOOL DISTRICT NO. 21; CONWAY SCHOOL DISTRICT NO. 1; and LAKESIDE SCHOOL DISTRICT NO. 9 | DEFENDANTS |

and

| | |
|---|---|
| STATE OF ARKANSAS, *ex rel.* TIM GRIFFIN, ATTORNEY GENERAL | INTERVENOR |

**RESPONSE TO MOTION FOR TEMPORARY RESTRAINING ORDER
AND/OR PRELIMINARY INJUNCTION BY BENSON PLAINTIFFS**

Separate Defendant Lakeside School District No. 9 ("Lakeside"), by its attorneys, for its Response to Motion for Temporary Restraining Order and/or Preliminary Injunction by Benson Plaintiffs (ECF Doc. 133), states:

1. Lakeside admits the existence of the law and declarations referred to in paragraph 1 of the Motion, which speak for themselves. Lakeside otherwise denies the remaining allegations set forth in paragraph 1.

2. Lakeside admits the existence of the pleadings and procedural rules referred to in paragraph 2 of the Motion, which speak for themselves. Lakeside otherwise denies the remaining allegations set forth in paragraph 2.

3. Lakeside admits the existence of the pleadings and declarations referred to in paragraph 3 of the Motion, which speak for themselves. Lakeside otherwise denies the remaining allegations set forth in paragraph 3.

4. Lakeside admits the existence of the pleadings and evidence of record referred to in paragraph 4 of the Motion, which speak for themselves. Lakeside otherwise denies the remaining allegations set forth in paragraph 4.

5. Lakeside admits the existence of the pleadings and order referred to in paragraph 5 of the Motion, which speak for themselves. Lakeside otherwise denies the remaining allegations set forth in paragraph 5.

6. Lakeside admits the existence of the pleadings referred to in paragraph 6 of the Motion, which speak for themselves. Lakeside otherwise denies the remaining allegations set forth in paragraph 6.

7. Lakeside admits the existence of the order and law referred to in paragraph 7 of the Motion, which speak for themselves. Lakeside otherwise denies the remaining allegations set forth in paragraph 7.

8. Lakeside denies the allegations set forth in paragraphs 8 and 9 of the Motion.

9. Lakeside admits the allegations set forth in paragraph 10 of the Motion.

10. Lakeside admits that it received a letter from Plaintiffs' counsel about the Court's ruling and that Plaintiffs' counsel contacted Lakeside on or about August 5, 2025, about its possible inclusion in this lawsuit. Lakeside otherwise denies the remaining allegations set forth in paragraphs 11 and 12 of the Motion. Lakeside states affirmatively that Local Rule 7.2 should govern Lakeside's time to respond to the Motion.

11. Lakeside denies the allegations set forth in paragraph 13 of the Motion.

12. Pursuant to Fed. R. Civ. P. 10(c), Lakeside adopts and incorporates by reference herein Conway School District's Response to Motion for Temporary Restraining Order and/or Preliminary Injunction by Jaeger and Berry Plaintiffs and Brief in Support (ECF Docs. 105-106).

WHEREFORE, Separate Defendant Lakeside School District prays that the Motion for Temporary Restraining Order and/or Preliminary Injunction be denied; and for all other appropriate relief.

Respectfully submitted,

BEQUETTE, BILLINGSLEY & KEES, P.A.
425 West Capitol Avenue, Suite 3200
Little Rock, AR 72201-3469
Phone: (501) 374-1107
Fax: (501) 374-5092
Email: jbequette@bbpalaw.com
Email: ckees@bbpalaw.com
Email: pbrick@bbpalaw.com

By:     **Jay Bequette**
Jay Bequette, Ark. Bar #87012
W. Cody Kees, Ark. Bar #2012118
Phillip M. Brick, Jr., Ark. Bar #2009116

*Attorneys for Lakeside School District*