IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| SAMANTHA STINSON and JONATHAN STINSON, on behalf of themselves and on behalf of their minor children, A.R.S. and A.W.S.; STEPHEN CALDWELL, on behalf of himself and his minor child, W.C.; JOSEPH ARMENDARIZ, on behalf of himself and on behalf of his minor children, M.A. and W.A.; TALARA TAYLOR and SHANE TAYLOR, on behalf of themselves and on behalf of their minor children, K.T. and M.T.; CAROL VELLA, on behalf of herself and on behalf of her minor children, E.M.V. and N.M.V.; DANIEL RIX, on behalf of himself and on behalf of his minor children, A.R., J.R., and W.R.; LEAH BAILEY, on behalf of herself and on behalf of her minor children, C.T. and D.T.; JULIE JAEGER, on behalf of herself and on behalf of her minor child, U.J.; APRIL CHRISTINE BERRY and KYLE BERRY, on behalf of themselves and on behalf of their minor children, C.B. and K.B.; and CHRISTINE BENSON, on behalf of herself and on behalf of her minor child, B.B., | PLAINTIFFS |
| v.   Case No. 5:25-cv-05127-TLB | |
| FAYETTEVILLE SCHOOL DISTRICT NO. 1; SPRINGDALE SCHOOL DISTRICT NO. 50; BENTONVILLE SCHOOL DISTRICT NO. 6 SILOAM SPRINGS SCHOOL DISTRICT NO. 21; CONWAY SCHOOL DISTRICT NO. 1; and LAKESIDE SCHOOL DISTRICT NO. 9 | DEFENDANTS |
| and | |
| STATE OF ARKANSAS, *ex rel.* TIM GRIFFIN, ATTORNEY GENERAL | INTERVENOR |

**MEMORANDUM BRIEF IN SUPPORT OF LAKESIDE'S RESPONSE TO
MOTION FOR TEMPORARY RESTRAINING ORDER AND/OR
PRELIMINARY INJUNCTION BY BENSON PLAINTIFFS**

Separate Defendant Lakeside School District No. 9 ("Lakeside"), by its attorneys, respectfully submits this Memorandum Brief in Support of its Response to Motion for Temporary

Restraining Order and/or Preliminary Injunction by Benson Plaintiffs ("Motion") (ECF Doc. 133). For the reasons set forth herein, Plaintiffs' Motion should be denied.

## NOTICE OF ADOPTION

Pursuant to Fed. R. Civ. P. 10(c), Lakeside adopts and incorporates by reference herein Conway School District's Response to Motion for Temporary Restraining Order and/or Preliminary Injunction by Jaeger and Berry Plaintiffs and Brief in Support (ECF Docs. 105-106).

Respectfully submitted,

BEQUETTE, BILLINGSLEY & KEES, P.A.
425 West Capitol Avenue, Suite 3200
Little Rock, AR 72201-3469
Phone: (501) 374-1107
Fax: (501) 374-5092
Email: jbequette@bbpalaw.com
Email: ckees@bbpalaw.com
Email: pbrick@bbpalaw.com

By: _____**Jay Bequette**_____
Jay Bequette, Ark. Bar #87012
W. Cody Kees, Ark. Bar #2012118
Phillip M. Brick, Jr., Ark. Bar #2009116

*Attorneys for Lakeside School District*