**United States District Court**
**Western District of Arkansas**
**Fayetteville Division**

| | |
|---|---|
| Samantha Stinson and Jonathan Stinson, on behalf of themselves and on behalf of their minor children, A.R.S. and A.W.S.; Stephen Caldwell, on behalf of himself and on behalf of his minor child, W.C.; Joseph Armendariz, on behalf of himself and on behalf his minor children, M.A. and W.A.; Talara Taylor and Shane Taylor, on behalf of themselves and on behalf of their minor children, K.T. and M.T.; Carol Vella, on behalf of herself and on behalf of her minor children, E.M.V. and N.M.V.; Daniel Rix, on behalf of himself and on behalf of his minor children, A.R., J.R., and W.R.; Leah Bailey, on behalf of herself and on behalf her minor children, C.T. and D.T.; Julee Jaeger, on behalf of herself and her minor child, U.J.; and April Christine Berry and Kyle Berry, on behalf of themselves and on behalf of their minor children, C.B. and K.B.; Christine Benson, on behalf of herself and her minor child, B.B., | Civil Action No. 5:25-cv-05127 |

                *Plaintiffs*,

v.

Fayetteville School District No. 1; Springdale School District No. 50; Bentonville School District No. 6; Siloam Springs School District No. 21; Conway School District No. 1; and Lakeside School District No. 9,

                *Defendants*,

State of Arkansas, *ex rel.* Tim Griffin, Attorney General,

                *Intervenor*.

**THE STATE OF ARKANSAS'S NOTICE OF APPEAL**

Pursuant to 28 U.S.C. § 1291 and Federal Rule of Appellate Procedure 3, Intervenor State of Arkansas files this notice of appeal to the United States Court of Appeals for the Eighth Circuit from the district court's Order Converting Temporary Restraining Order to Preliminary Injunction, ECF No. 149, entered November 10, 2025.

        Respectfully submitted,

        TIM GRIFFIN
        Attorney General

By:   Noah P. Watson
       Ark. Bar No. 2020251
       Deputy Solicitor General

       Arkansas Attorney General's Office
       101 West Capitol Avenue
       Little Rock, Arkansas 72201
       (501) 682-1019
       (501) 682-2591 fax
       noah.watson@arkansasag.gov

       *Counsel for State of Arkansas, ex rel.*
       *Tim Griffin, Attorney General*