# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Susan E. Bindler**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

April 17, 2026

Laura L. Purvis
ATTORNEY GENERAL'S OFFICE
101 W. Capitol Avenue
Little Rock, AR  72201-0000

    RE:  26-1722 Samantha Stinson, et al v. State or Arkansas

Dear Counsel:

    The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

    Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

                                                   Susan E. Bindler
                                                   Clerk of Court

CJO

Enclosure(s)

cc:     Jordan Broyles
        Griselda Cabrera
        Clerk, U.S. District Court, Western Arkansas
        Patrick C. Elliott
        Noah B. Gimbel
        Janet Gochman
        Samuel T. Grover
        Noah Huffman
        Jordan Krieger
        Alexander Joseph Luchenitser
        Nicolas Andre Lussier
        Daniel Mach
        Nancy A. Noet
        Autumn Hamit Patterson
        Rebecca Ross
        Shelby Howlett Shroff
        Amy Tai
        Noah P. Watson
        Heather L. Weaver
        John Charles Williams
        Jonathan K. Youngwood
        Jess Zalph
        Marjory Zuk

        District Court/Agency Case Number(s):   5:25-cv-05127-TLB

**Caption For Case Number:   26-1722**

Samantha Stinson, on behalf of herself and her minor children, A.R.S. and A.W.S.; Jonathan Stinson, on behalf of himself and his minor children, A.R.S. and A.W.S.; Stephen Caldwell, on behalf of himself and his minor child, W.C.; Joseph Armendariz, on behalf of himself and his minor children, M.A. and W.A.; Talara Taylor, on behalf of herself and her minor children, K.T. and M.T.; Shane Taylor, on behalf of himself and his minor children, K.T. and M.T.; Carol Vella, on behalf of herself and her minor children, E.M.V. and N.M.V.; Leah Bailey, on behalf of herself and her minor children, C.T. and D.T.; Daniel Rix, on behalf of himself and his minor children, A.R., J.R. and W.R.; Julee Jaeger, on behalf of herself and her minor child, U.J.; April Christine Berry, on behalf of herself and her minor children, C.B. and K.B.; Kyle Berry, on behalf of himself and his minor children, C.B. and K.B.; Christine Benson, on behalf of herself and her minor child, B.B.

        Plaintiffs - Appellees

v.

Fayetteville School District No. 1; Springdale School District, No. 50; Bentonville School District, No. 6; Siloam Springs School District, No. 21; Conway School District, No. 1; Lakeside School District, No. 9

        Defendants

State of Arkansas

        Intervenor - Appellant

**Addresses For Case Participants:   26-1722**

Laura L. Purvis
ATTORNEY GENERAL'S OFFICE
101 W. Capitol Avenue
Little Rock, AR  72201-0000

Jordan Broyles
ATTORNEY GENERAL'S OFFICE
101 W. Capitol Avenue
Little Rock, AR  72201-0000

Griselda Cabrera
SIMPSON & THACHER
425 Lexington Avenue
New York, NY  10017-3954

Clerk, U.S. District Court, Western Arkansas
U.S. DISTRICT COURT
Western District of Arkansas Clerk's Office
Suite 510
35 E. Mountain Street
Fayetteville, AR  72701-5354

Patrick C. Elliott
FREEDOM FROM RELIGION FOUNDATION, INC.
10 N. Henry Street
Madison, WI  53703

Noah B. Gimbel
SIMPSON & THACHER
425 Lexington Avenue
New York, NY  10017-3954

Janet Gochman
SIMPSON & THACHER
425 Lexington Avenue
New York, NY  10017-3954

Samuel T. Grover
FREEDOM FROM RELIGION FOUNDATION, INC.
10 N. Henry Street
Madison, WI  53703

Noah Huffman
SIMPSON & THACHER
425 Lexington Avenue
New York, NY  10017-3954

Jordan Krieger
SIMPSON & THACHER
900 G Street, N.W.
Washington, DC  20001

Alexander Joseph Luchenitser
AMERICANS UNITED FOR SEPARATION OF CHURCH AND STATE
Suite 200
Suite 200
1310 L Street, N.W.
Washington, DC  20005

Nicolas Andre Lussier
SIMPSON & THACHER
425 Lexington Avenue
New York, NY  10017-3954

Daniel Mach
AMERICAN CIVIL LIBERTIES UNION FOUNDATION, INC.
Second Floor
915 15th Street, N.W.
Washington, DC  20005

Nancy A. Noet
FREEDOM FROM RELIGION FOUNDATION
P.O. Box 750
Madison, WI  53701

Autumn Hamit Patterson
ATTORNEY GENERAL'S OFFICE
101 W. Capitol Avenue
Little Rock, AR  72201-0000

Rebecca Ross
U.S. DISTRICT COURT
Western District of Arkansas Clerk's Office
Suite 510
35 E. Mountain Street
Fayetteville, AR  72701-5354

Shelby Howlett Shroff
AMERICAN CIVIL LIBERTIES UNION
ACLU of Arkansas
Suite 1
904 W. Second Street
Little Rock, AR  72201-5727

Amy Tai
AMERICANS UNITED FOR SEPARATION OF CHURCH AND STATE
Suite 200
1310 L Street, N.W.
Washington, DC  20005

Noah P. Watson
ATTORNEY GENERAL'S OFFICE
101 W. Capitol Avenue
Little Rock, AR  72201-0000

Heather L. Weaver
AMERICAN CIVIL LIBERTIES UNION FOUNDATION, INC.
Second Floor
915 15th Street, N.W.
Washington, DC  20005

John Charles Williams
AMERICAN CIVIL LIBERTIES UNION
ACLU of Arkansas
Suite 1
904 W. Second Street
Little Rock, AR  72201-5727

Jonathan K. Youngwood
SIMPSON & THACHER
425 Lexington Avenue
New York, NY  10017-3954

Jess Zalph
AMERICANS UNITED FOR SEPARATION OF CHURCH AND STATE
Suite 200
1310 L Street, N.W.
Washington, DC  20005

Marjory Zuk
SIMPSON & THACHER
425 Lexington Avenue
New York, NY  10017-3954